IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STACY LEA SPIELMAN,

             Plaintiff,

    v.

MARTIN O'MALLEY,
Commissioner of Social Security,

            Defendant.

ORDER

24-cv-354-wmc

---

    Pursuant to a stipulation for remand (dkt. #35) filed by the parties on November 8, 2024, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

    Entered this 12th day of November, 2024.

                                                                     BY THE COURT:

                                                                       /s/

                                                           _____
                                                          WILLIAM M. CONLEY
                                                          District Judge